UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TROY WILLIAMSON,

    Plaintiff,

v.                                                      Case No:   6:16-cv-1179-Orl-37TBS

HOME DEPOT, U.S.A., INC.,

    Defendant.

## ORDER

This case comes before the Court without oral argument on the parties' Joint Motion to Extend Discovery and Dispositive Motion Deadlines (Doc. 28).

The motion to extend the discovery deadline is **GRANTED**. The discovery deadline is extended through October 6, 2017. Evidence obtained during the extended discovery period shall not be available for summary judgment purposes and this extension may not be relied on in any way to support another motion to continue or extend a deadline.

The motion to extend the dispositive motion deadline is **DENIED**. If the motion was granted, summary judgment motions could be filed so late that they would not be fully briefed until less than four months before commencement of the trial term. And, the parties have failed to show that manifest injustice will result if this part of their motion is not granted.

**DONE** and **ORDERED** in Orlando, Florida on September 6, 2017.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record